Murdock, Exrx., et al. *v.* Murdock (et al., Aplnt.).

Argued May 25, 1931. Before FRAZER, C. J., WALL-ING, SIMPSON, KEPHART, SCHAFFER and MAXEY, JJ.

568

*J. Earl Ogle, Jr.,* with him *A. Lloyd Adams,* for appellant.

*I. Morton Meyers,* of *Graham, Yost & Meyers,* for appellees.

PER CURIAM, June 27, 1931:

The decree is affirmed upon the opinion of the president judge of the court below; costs to be paid by the appellant.